the enactment discriminated against nonresident bidders, a more difficult question might possibly be presented, but it does not do so. However, where the ruling of the court below is legally correct, the reasons for it will be disregarded in a court of review.

Counsel further argues that, conceding the demurrer to have been properly overruled, it was nevertheless error to dismiss the application for the writ, because, as he contends, plaintiffs should have been accorded the privilege of withdrawing the demurrer, and offering evidence to disprove the statements of fact contained in the answer. This point might be answered by the statement that the record does not show that the privilege of withdrawing the demurrer was asked for by plaintiffs' counsel. See 6 Enc. Pl. and Prac. p. 362. But we prefer to place our ruling upon another point. Under a well established rule, the general demurrer to the anwer would search the record, and relate back to the complaint. *Id.* p. 326. In this case we are of the opinion that the complaint was demurrable because it failed to state that the plaintiffs would do the work within the state if their bid had been accepted by the defendants. For this reason, we think the application for the writ was properly dismissed.

Finding no error in the record, the order appealed from will be affirmed. All the judges concurring.

(75 N. W. Rep. 904.)

---

CASS COUNTY *vs.* CERTAIN LANDS OF DARLING.

Opinion filed May 27th, 1898.

Action by Cass County against certain lands of C. W. Darling. The District Court certified certain questions for decision.

*Fred B. Morrill, State's Atty.*, for plaintiff.
*J. E. Robinson*, for defendant.

PER CURIAM. This case is decided at the same time, and is

identical in its facts, with the case of *This Plaintiff* v. *Certain Lands of Security Imp. Co.*, 7 N. D. 528, 75 N. W. Rep. 775, and is therefore governed by the decision in that case.

(75 N. W. Rep. 1135.)

---

CASS COUNTY *vs.* CERTAIN LANDS OF FISHER.

Opinion filed May 27th, 1898.

Action by Cass County against certain lands of Mary M. Fisher. The District Court certified certain questions for decision.

*Fred B. Morrill, State's Atty.*, for plaintiff.
*J. E. Robinson*, for defendant.

PER CURIAM. This case is decided at the same time, and is identical in its facts, with the case of *This Plaintiff* v. *Certain Lands of Security Imp. Co.*, 7 N. D. 528, 75 N. W. Rep. 775, and is therefore governed by the decision in that case.

(75 N. W. Rep. 1135.)

---

CASS COUNTY *vs.* CERTAIN LANDS OF ROBERTS.

Opinion filed May 27th, 1898.

Action by Cass County against certain lands of Matilda M. Roberts. The District Court certified certain questions for decision.

*Fred B. Morrill, State's Atty.*, for plaintiff.
*J. E. Robinson*, for defendant.

PER CURIAM. This case is decided at the same time, and is identical in its facts, with the case of *This Plaintiff* v. *Certain Lands of Security Imp. Co.*, 7 N. D. 528, 75 N. W. Rep. 775, and is therefore governed by the decision in that case.

(75 N. W. Rep. 1135.)